# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JOHN W. WAILLY & ALLISON M. WAILLY         Case Number: 06-70635
       107 HEATHCLIFF DRIVE                        SSN-xxx-xx-9797 & xxx-xx-3762
       POPLAR GROVE, IL  61065

Case filed on: 4/14/2006
Plan Confirmed on: 9/1/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $55,727.02         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MIDFIRST BANK | 0.00 | 0.00 | 33,963.49 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 33,963.49 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,500.00 | 0.00 |
| 004 | PREMIERE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | AMERICAN COLLECTION CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | JOHN JACKSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | JOHN W. GAFFNEY P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MERCHANTS CREDIT GUIDE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | AR CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | HARVARD COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | NATIONWIDE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ISLAND NATIONAL GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | MERCHANTS CREDIT GUIDE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | ASSET ACCEPTANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | TRI-STATE ADJUSTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | THE ILLINOIS TOLLWAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | HARVARD COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | NORTHWEST COLLECTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | AR CONCEPTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | CREDITOR PROTECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 084 | ACCOUNTS RECEIVABLE MGMT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 086 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 088 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 090 | ACADEMY COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 093 | RMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 095 | RPM, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 097 | CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 100 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 102 | CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 104 | ARMOR SYSTEMS CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 5,125.79 | 5,125.79 | 712.31 | 0.00 |
| 007 | ILLINOIS DEPARTMENT OF REVENUE | 602.90 | 602.90 | 83.78 | 0.00 |
| 008 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 5,728.69 | 5,728.69 | 796.09 | 0.00 |
| 999 | JOHN W. WAILLY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | MIDFIRST BANK | 15,434.16 | 15,434.16 | 9,555.68 | 0.00 |
| 003 | ROGERS & HOLLANDS | 1,834.94 | 300.00 | 300.00 | 16.29 |
| 005 | WARNER'S AUTO SALES & SERVICE | 5,100.00 | 5,040.00 | 3,950.03 | 690.90 |
| 106 | CANDLEWICK LAKE ASSOCIATION | 1,056.00 | 1,056.00 | 653.81 | 0.00 |
|  | Total Secured | 23,425.10 | 21,830.16 | 14,459.52 | 707.19 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 003 | ROGERS & HOLLANDS | 0.00 | 306.99 | 0.00 | 0.00 |
| 005 | WARNER'S AUTO SALES & SERVICE | 0.00 | 12.00 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 12.95 | 2.59 | 0.00 | 0.00 |
| 007 | ILLINOIS DEPARTMENT OF REVENUE | 125.83 | 25.17 | 0.00 | 0.00 |
| 010 | ALAN KOSSMAN DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AQUA ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BARIX CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | BARIX CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | BARIX CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BELLWOOD ANIMAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | BLACKHAWK ST. BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | BRECKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CAMELOT RADIOLOGY ASSOCIATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CAPRON RESCUE SQUAD | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CFB FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CITY OF DES PLAINES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | DR. ARUNA SHAH | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | EAGLE FOOD | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | EDWARD YAVITZ EYE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ELK GROVE LAB PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | EVANSTON RADIOLOGIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ACCOUNT RECOVERY SERVICES INC | 40.78 | 8.16 | 0.00 | 0.00 |
| 040 | FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | HARRIS TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | ASSET ACCEPTANCE CORP | 3,143.37 | 0.00 | 0.00 | 0.00 |
| 046 | TRI-STATE ADJUSTMENTS | 3,057.11 | 611.42 | 0.00 | 0.00 |
| 048 | ILLINOIS STATE TOLL HWY AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | JEWEL OSCO / US BANK NA, ND | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | MEDI ADVANCED RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | MEDI OBGYN | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | MEDIACOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | MEDIASSOC. PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | NICOR GAS | 1,371.82 | 274.36 | 0.00 | 0.00 |
| 061 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | ONYX WASTE SERVICES INC | 117.94 | 23.59 | 0.00 | 0.00 |
| 063 | OSF ST. ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | OSF ST. ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | OSF ST. ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | OSF ST. ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | OSF ST. ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | OSF ST. ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | OSF ST. ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | OSF ST. ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | PED. DENTISTRY OF NORTHERN IL | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 077 | REPRODUCTIVE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 081 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 082 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 083 | ROCKFORD RADIOLOGY / MUTUAL MNGT | 0.00 | 0.00 | 0.00 | 0.00 |
| 085 | ROCKFORD RADIOLOGY / MUTUAL MNGT | 0.00 | 0.00 | 0.00 | 0.00 |
| 087 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 089 | ROUNDUP FUNDING LLC | 1,018.61 | 203.72 | 0.00 | 0.00 |
| 091 | SHELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 092 | SPIEGEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 094 | SPRINT PCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 096 | CHECK IT | 128.36 | 25.67 | 0.00 | 0.00 |
| 098 | SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 099 | TCF NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 101 | TOM & JERRYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 103 | VILLAGE OF MT. PROSPECT POLICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 105 | CREDITORS PROTECTION SERVICE, INC | 2,117.64 | 423.53 | 0.00 | 0.00 |
| 107 | CREDITORS PROTECTION SERVICE, INC | 17.10 | 3.42 | 0.00 | 0.00 |
| 108 | ROCKFORD MERCANTILE AGENCY INC | 3,070.77 | 614.15 | 0.00 | 0.00 |
| 109 | ACCOUNTS RECEIVABLE MANAGEMENT | 259.00 | 51.80 | 0.00 | 0.00 |
| | Total Unsecured | 14,481.28 | 2,586.57 | 0.00 | 0.00 |
| | Grand Total: | 46,635.07 | 33,145.42 | 51,719.10 | 707.19 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $52,426.29 |
| Trustee Allowance: | $3,300.73 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>10/30/2008</u>          By  <u>/s/Heather M. Fagan</u>